CHARLES E. JORDAN et als.,

Selectmen of Cape Elizabeth, Petitioners for amendment of certain town records.

Cumberland.　Opinion May 9, 1907.

*Ways.　Amendment of 'Records.　Petition therefor dismissed.*

In the case at bar, a petition was presented to the Supreme Judicial Court by the plaintiff and two others, formerly selectmen of the town of Cape Elizabeth, praying that they be allowed to amend their return upon a petition for a certain town way in said Cape Elizabeth and that the clerk be ordered to amend the record of the selectmen's return.　Motions were made that the petition be dismissed which motions were overruled and exceptions taken.　*Held*: That although the petition was presented as an independent proceeding, yet it was in fact incidental and supplemental to the case of Frederick O. Conant, Appellant from decision of the County Commissioners in laying out the town way in question, and as the appeal in that case has been sustained for reasons not involved in the subject matter of the petition, it is considered that a decision of the case at bar is unimportant and that the same should be dismissed.

On exceptions.　Same not considered.　Case dismissed.

Petition by plaintiff and two others formerly selectmen of Cape Elizabeth, presented to the Supreme Judicial Court, Cumberland County, praying for the amendment of certain town records.

Frederick O. Conant, by consent of court, appeared and filed motions for the dismissal of the petition, which motions were overruled and thereupon Mr. Conant took exceptions.

The case appears in the opinion.

*Libby, Robinson, Turner & Ives,* for plaintiffs.

*Payson & Virgin,* for Frederick O. Conant.

SITTING: WISWELL, C. J., EMERY, STROUT, SAVAGE, POWERS, PEABODY, SPEAR, JJ.

PEABODY, J.　This is a petition addressed to the Supreme Judicial Court by Charles E. Jordan and others, formerly selectmen of the town of Cape Elizabeth, in the County of Cumberland, praying that they may be allowed to amend their return upon a petition for a

town way in the town of Cape Elizabeth, and that the clerk may be ordered to amend the record of the selectmen's return.

Frederick O. Conant appeared, by consent of court, as a tax-payer and as the owner of land over which the proposed way was laid out, to oppose the granting of the petition and moved that it be dismissed, 1st. For want of jurisdiction in the court; 2d. For the reason that amendment asked was not allowable as a matter of law, because the petitioners are no longer selectmen of the town, and because the town clerk is no longer clerk of the town of Cape Elizabeth. These motions were overruled by the presiding Justice, and the case is before the Law Court upon exceptions to these rulings.

The petition in this case was presented as an independent proceeding, but it was, in fact, incidental and supplemental to the case of Frederick O. Conant, Appellant from decision of County Commissioners of Cumberland County, in laying out the town way in question. As the appeal in that case has been sustained by the Law Court for reasons not involved in the subject matter of the petition, it is considered that a decision of this case is unimportant, and that it should therefore be dismissed, without costs.

*So ordered.*